In re Michael Craig CLARK,
Petitioner.

No. 02–1907.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Michael Craig Clark, Petitioner Pro Se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Michael Craig Clark has filed an emer-
gency appeal contending that the district
court denied his motion for a temporary
restraining order. Although the district

court had not yet ruled on the motion at the time Clark filed his appeal, the district court entered an order denying the motion while this action was pending. Construing Clark's action as a petition for a writ of mandamus requesting that this court order the district court to rule on the motion, we note that, in light of the district court's order, the petition is moot. Moreover, the district court's denial of a temporary restraining order is not appealable. *Drudge v. McKernon,* 482 F.2d 1375, 1376 (4th Cir.1973). Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*